IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| MORRIS TYE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 605-077 |
| | ) |
| GLENN RICH, Warden, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants" "Motion for Certification for Interlocutory Appeal and for Stay of Proceedings" (doc. nos. 21, 24) is **DENIED**.

SO ORDERED this 17 day of January, 2006.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT